UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-8156-WM

UNITED STATES OF AMERICA

v.

SANTOS MARGARITO CELIS-VASQUEZ

                Defendant.
_____/

FILED BY SW D.C.
Mar 31, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ✓ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes  ✓ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes  ✓ No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____/s/ Marc Osborne_____
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
District Court No.
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email: Marc.Osborne@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 25-8516-WM |
| SANTOS MARGARITO CELIS-VASQUEZ ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

FILED BY ___SW___ D.C.
Mar 31, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 28, 2024 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a and (b)(1) | Illegal re-entry after previous removal. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer, Andy Korzen, ICE
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: March 31, 2025

_____
*Judge's signature*

City and state:   West Palm Beach, FL         William Matthewman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-one years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Santos Margarito CELIS-VASQUEZ, also known as Santos Margarito CELIX-VASQUEZ, Margarito PEREZ-MENDEZ, Victor GARCIA, and Juan Carlos MENDEZ-VASQUEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about August 5, 2024, Santos Margarito CELIS-VASQUEZ electronically filed Application for Asylum and for Withholding of Removal, Form I-589 with U.S. Citizenship and Immigration Services (CIS).

4. On or about August 28, 2024, Santos Margarito CELIS-VASQUEZ was fingerprinted at the U.S. CIS, Application Support Center located at 1661-B South Congress Avenue, West Palm Beach, Florida 33406 in connection with above

application. Santos Margarito CELIS-VASQUEZ's fingerprints were scanned into The Automated Biometric Identification System (IDENT), Department of Homeland Security central database for storing and processing biometric and biographic information for national security, law enforcement, immigration, and other related purposes. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Santos Margarito CELIS-VASQUEZ.

5. A review of the immigration records shows that Santos Margarito CELIS-VASQUEZ is a native and citizen of El Salvador. Records further show that on or about October 29, 2004, Santos Margarito CELIS-VASQUEZ was ordered removed. The Order of Removal was executed on or about February 14, 2014, whereby Santos Margarito CELIS-VASQUEZ was removed from the United States and returned to El Salvador.

6. Records further show that in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Santos Margarito CELIS-VASQUEZ was convicted of the following felony offenses:

- On or about December 18, 2013, of the offense of Leaving Scene of Accident with injury, in case number 2013CF008386A.

- On or about December 18, 2013, of the offense of Unauthorized Possession of Driver's License or ID Card, in case number 2013CF008464A.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Santos Margarito CELIS-VASQUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Santos Margarito CELIS-VASQUEZ obtained consent

2

from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 28, 2024, Santos Margarito CELIS-VASQUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __31st__ day of March 2025.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   SANTOS MARGARITO CELIS-VASQUEZ

**Case No**:

Count #: 1

Illegal re-entry into the United States after deportation or removal

8 U.S.C. § 1326(a) and (b)(1)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.